## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### FIRST AMENDED PLAN

DEBTOR: Yamilet Gonzalez   JOINT DEBTOR: _____   CASE NO.: 15-18175-RAM
Last Four Digits of SS# 7700   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ 406.39   for months 1 to 60; in order to pay the following creditors:

Administrative:   Attorney's Fee - $ 3650 TOTAL PAID $ 1600 Balance Due $ 2050
                  payable $ 256.25 /month (Months 1 to 8)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                          Arrearage on Petition Date  $
Address:                         Arrears Payment    $_____/month (Months ___ to ___)
                                 Regular Payment    $_____/month (Months ___ to ___)
Account No:

                                 Regular Payment    $_____/month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None        Total Due  $_____
               Payable    $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 109.50 /month (Months 1 to 8) and Pay $ 365.75 /month (Months 9 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors Bank of America Account No: xxxx2274, Bank of America Account No: xxxx9899, Fidelity Bank, PSGC Building #6 Association and Suntrust Mortgage and will continue to pay said creditors directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

   /s/Robert Sanchez, Esq.
Attorney for the Debtor                      Joint Debtor
Date: 6-26-2015                              Date:

LF-31 (rev. 01/08/10)